IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DONALD RAY BOULDIN | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3-05-CV-1991-D |
| | § | |
| LAWRENCE GLENN, ET AL. | § | |
| | § | |
| Defendants. | § | |

## ORDER

After conducting a review of the pleadings, files, and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct and they are hereby adopted as the findings of the Court.

Accordingly, plaintiff is permitted to prosecute his excessive force claim against Officer Lawrence Glenn. All other claims are summarily dismissed pursuant to 28 U.S.C. § 1915(e)(2). The court has filed a Fed. R. Civ. P. 54(b) final judgment today.

The district clerk is directed to issue a summons to, and the United States Marshals Service is directed to serve, defendant Officer Lawrence Glenn.

**SO ORDERED**.

December 5, 2005.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE